UNITED STATES DISTRICT COURT

DISTRICT OF MASSCHUSETTS

FILED
IN CLERKS OFFICE

2011 MAR 15  A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHAN WONG ( Pro Se),
 Plaintiff

v.

Resolve Technology,
 Defendant

Civil Action No. 10-CV-11642-PBS

**PROPOSED AMENDED COMPLAINT**

**Plaintiff's Brief in Response to Defendant's Reply Memo Supporting Defendant's Motion to Dismiss**

Respectfully, the Plaintiff offers this letter in response to the Defendant's "Response Memo" and states;

1. The Defendant has mischaracterized my Complaint to the MCAD when they say it was only stating that I was fired because of "aides perceived". The Complaint clearly states that I was sick. (I do not have aides or HIV). I do not know what the Defendant was thinking but they fired me because I was sick. I had TMJ, a head injury, back and neck injury, server migraine headaches, and treatment for HIV pregnancy. In the MCAD complaints, it stated clearly of all the medical condition that I was having, and I needed the disability accommodation to get better in order to my job.

2. I amended the Complaint to this Court because I wanted to clarify any confusion that my original complaint may have caused. I was unaware how specific I had to be in my Court Complaint. The TMJ and head injury are not new issues as the Defendant is arguing. It is not an issue I created to counter their argument. The Defendant has attempted to narrow the issue to just the "Aides Perceived" when it was clearly stated in the MCAD complaint that the issue was my sickness.

3. The Amendment to the complaint clarifies the issues without prejudicing the defendants because they knew about all of the issues because of the MCAD complaint, the letter of disposition from the investigator, and in the letter of appeal.

4. The statute of limitations argument ignores the fact that amending the Complaint to conform with all of the evidence should date back to the original filing date. Allowing the Amendment to

the Complaint would satisfy any Statute of Limitations argument.

WHEREFORE, the Plaintiff respectfully asks that the Court allow the amendment of the Complaint and deny the Defendant's Motion to Dismiss

Signature _____

Name: *Pro Se* Shan Wong
Address: 13 Indian Lane
Marlborough, MA 01752
Telephone: 617-794-7179
Date March 7, 2011

**Certificate of Service**

A paper copy will be sent to Ethan Davis by certified mail on March 7, 2011.