UNITED STATES DISTRICT COURT

DISTRICT OF MASSCHUSETTS

RECEIVED

FEB 01 2012

APPEALS COURT

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

2012 FEB -6 P 1:19

| | |
|---|---|
| SHAN WONG (*Pro Se*)<br>Plaintiff<br><br>v.<br><br>Resolve Technology,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 10-CV-11642-PBS |

## NOTICE OF ORDERING TRANSCRIPT LETTER OF INTENT TO FILE AN APPEAL

I, Shan Wong, Petitioner, pro se, hereby certifiy that transcript will be ordered in intent to file an appeal.

Respectfully submitted,

Signature _____

Name: *Pro Se* Shan Wong
Address: 13 Indian Lane
Marlborough, MA 01752
Telephone: 617-794-7179
Date January 30, 2012

### Certificate of Service

A paper copy will be sent to Ethan Davis by certified mail on January 30, 2012.