UNITED STATES DISTRICT COURT

DISTRICT OF MASSCHUSETTS

SHAN WONG (*Pro Se*),
Plaintiff

Civil Action No. 10-CV-11642-PBS

v.

Resolve Technology,
Defendant

## DECLARATION IN SUPPORT OF
## MOTION FOR LEAVE TO FILE NOTICE OF APPEAL LATE

I, Shan Wong, Declares as follows:

1. I am Shan Wong, the Plaintiff in the above referred case.

2. I am appearing *Pro Se* in this case.

3. The Law allows filing of untimely notice of appeal when the appellant shows that the delay is due to excusable negligence or circumstance beyond my control.

4. I am not an attorney and due to the lack knowledge of court system. I am not familiar with all the procedural requirement of an appeal.

5. I went through financial stress, clinical depression, marriage separation which lead me to be inactive.

6. I have a continuous of physical problem requires me to seek medical treatment.

7. I am a single mother. I have a 15 month old who requires constant attention and special needs.

8. I am acting in good faith in presenting this motion to the Court's consideration.

9. The Court's consideration in this matter would be greatly appreciated.

Respectfully submitted,

**RECEIVED**

FEB 01 ...

APPEALS COURT

Signature / _____

Name: *Pro Se* Shan Wong
Address: 13 Indian Lane
Marlborough, MA 01752
Telephone: 617-794-7179
Date January 30, 2012

## Certificate of Service

A paper copy will be sent to Ethan Davis by certified mail on January 30, 2012

# CERTIFICATE OF SERVICE FORM
# FOR PAPER FILINGS ONLY

Appeal No. _____

I, __Shan Wng__, hereby certify that on __2/1/12__,
    [name]                                                   [date]

I served copies of __Motion to file Appeal and Notice of Appeal__
                                                [name of document]

on the following parties by __US mail__ :
                                                [hand, U.S. mail, e-mail, or commercial carrier]

[List name and address of each attorney/party served]

Ethan Davis
Sally + Fitch
1 Beacon Street
Boston, MA  02108

_____
Signature