UNITED STATES DISTRICT COURT

DISTRICT OF MASSCHUSETTS

RECEIVED
FEB 0 1 2012
APPEALS COURT

SHAN WONG ( *Pro Se*),
　　Plaintiff

v.

Resolve Technology,
　　Defendant

Civil Action No. 10-CV-11642-PBS

## NOTICE OF APPEAL

Shan Wong gives notice that she appeals from the judgment which entered against her on July 25, 2011.

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2012 FEB -6 P 1:17

Respectfully submitted,

Signature /s/

Name: *Pro Se* Shan Wong
Address: 13 Indian Lane
Marlborough, MA 01752
Telephone: 617-794-7179
Date January 30, 2012

### Certificate of Service

A paper copy will be sent to Ethan Davis by certified mail on January 30, 2012.